0  69 06

WITHDRAWN
AND NOT
REISSUED